### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MICHAEL GORDON, | ) |
|     Plaintiff, | ) |
| v. | ) Case No.: 2019 CV 7854 |
| INFINITECH AUTO SERVICE, LLC. d/b/a GREATER CHICAGO MOTORS | ) |
|     Defendant. | ) |

### MOTION FOR LEAVE TO VACATE DEFAULTS AND
### ANSWER OR OTHERWISE PLEAD

NOW COMES the Defendant, INFINITECH AUTO SERVICE, LLC. d/b/a GREATER CHICAGO MOTORS ("Defendant") by and through its attorneys, CHAWLA & RAVANI, P.C., and as and for their Motion for Leave to vacate any and all defaults and Answer or otherwise plead in twenty-eight (28) days states as follows:

1. That this cause remains pending and undetermined before this Honorable Court.

2. Plaintiff filed his complaint on or around November 27, 2019.

3. Defendant and Plaintiff are currently in pending arbitration.

4. Defendant was served through its registered agent on January 15, 2020.

5. This motion is not for purposes of delay or to prejudice any of the parties. The Defendant is entitled to its day in Court.

6. As such, the Defendant respectfully requests this court vacate any and all defaults entered in this lawsuit as it pertains to this Defendant and for twenty-eight (28) days to file its answer and/or other pleading.

WHEREFORE, the Defendant respectfully prays that this Honorable Court vacate any and all defaults and grant leave to file its Answer or otherwise plead in twenty-eight (28) days; and for such and other and further relief as this Honorable court deems equitable and just.

                                                    Respectfully Submitted,

                                                    _____

                                                    T. Paul S. Chawla

CHAWLA & RAVANI, P.C.
3908 N. Cass Avenue
Westmont, IL 60559
Phone (630) 325-5557
Attorney No. 6206722
tschawla@chawlaravani.com